IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | | |
|---|---|---|
| DAVID D. COX, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:06-CV-250 |
| | ) | |
| RONALD REAGAN, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## **ORDER**

This civil action is before the court on the report and recommendation [doc. 114] filed by United States Magistrate Judge C. Clifford Shirley on October 15, 2009. There have been no timely objections filed to the report and recommendation, and enough time has passed since its filing to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

Pursuant to Fed. R. Civ. P. 72(b), the court has conducted a *de novo* review of this matter. The court has reviewed the report and recommendation, and it is in agreement with the conclusion reached by the magistrate judge. The court therefore **ACCEPTS IN WHOLE** the report and recommendation under 28 U.S.C. § 636(b)(1) and Fed. R. Civ. P. 72(b). Plaintiff's motion for leave to proceed *in forma pauperis* [doc. 110] is **GRANTED**.

**IT IS SO ORDERED**.

ENTER:

        s/ Leon Jordan
  United States District Judge

2

Case 3:06-cv-00250   Document 115   Filed 11/03/09   Page 2 of 2   PageID #: 542